HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN THIELE, SBN 311787
jthiele@hansonbridgett.com
601 W. 5th Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615

STOBBS
MATTHEW J. LADENHEIM (*pro hac vice to be filed*)
Matthew.Ladenheim@iamstobbs.com
NC Bar No 29309
FL Bar No. 1015895
214 W Tremont Ave, Suite 303
Charlotte, NC 28203
Telephone:  (704) 999-0557

*Attorneys for Plaintiff*
Choice Hotels International Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAHA INVESTMENTS LLC, a California Limited Liability Company and DAL KUMBHANI, an individual,<br><br>Defendants. | Case No. 5:26-cv-3596<br><br>**COMPLAINT FOR:**<br><br>1. FEDERAL TRADEMARK INFRINGEMENT;<br>2. FEDERAL UNFAIR COMPETITION IN VIOLATION OF SECTION 43(A) OF THE LANHAM ACT;<br>3. CALIFORNIA STATUTORY UNFAIR COMPETITION §17200 ET SEQ; and<br>4. CALIFORNIA COMMON LAW UNFAIR COMPETITION.<br><br>**JURY TRIAL DEMANDED** |

COMPLAINT

**COMES NOW** the Plaintiff, Choice Hotels International, Inc., by and through its legal counsel, and in support of its Complaint against Defendants Saha Investments LLC and Dal Kumbhani, does hereby allege and aver:

### Nature of Action

1.    This is a civil action for Trademark Infringement arising under the Lanham Act. Choice Hotels International, Inc. (hereinafter, "Choice Hotels") is the owner of the QUALITY INN® trademark and a family of additional QUALITY-formative trademarks that it uses in conjunction with the provision of hotel services. Defendants Saha Investments LLC and Dal Kumbhani are former franchisees of Choice Hotels who were, at one time, authorized to operate a QUALITY INN® franchise in this State and District. The Franchise Agreement, and with it the Defendants' license to use the QUALITY INN® trademark, was terminated in 2025. Notwithstanding, Defendants are, without the permission or approval of Choice Hotels, continuing to operate a hotel in this State and District using the QUALITY INN® trademark. Such use is likely to create consumer confusion in violation of the Lanham Act.

### Parties

2.    The Plaintiff, Choice Hotels International, Inc., is a Delaware corporation, licensed to conduct business in the State of California, having a principal place of business at 915 Meeting St, Suite 600, North Bethesda, MD 20852.

3.    Defendant Saha Investments LLC is a Limited Liability Company organized under the laws of the State of California having a principal place of business at 2654 Mockingbird Ln, Corona, CA 92881.

4.    Defendant Dal Kumbhani is a natural person, is the 100% owner of Defendant Saha Investments LLC, and routinely conducts business in this State and District by, *inter alia*, engaging in the provision of hotel services at 15765 Mojave Drive, Victorville, CA 92394.

COMPLAINT

23256823.1

**Jurisdiction and Venue**

5. This Court has both diversity and federal question jurisdiction over this case.

6. This Court has diversity jurisdiction in this matter pursuant to 28 U.S.C. §1332(a) because the amount in controversy exceeds $75,000.00 and the parties are citizens of different States.

7. This Court has original federal question jurisdiction over the Lanham Act claims in this action pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§1331, 1338(a).

8. This Court has original jurisdiction in this case pursuant to 28 U.S.C. §1338(b) because this civil action asserts a claim of unfair competition joined with a substantial and related claim under the trademark laws.

9. This Court has supplemental jurisdiction over the state and common law claims in this action pursuant to 28 U.S.C. §1367(a) because those claims are so related to the Lanham Act claims so as to form part of the same case or controversy under Article III of the United States Constitution.

10. Upon information and belief, each Defendant has sufficient contacts with this State and District such that this Court's exercise of personal jurisdiction over them comports with traditional notions of fair play and substantial justice.

11. Venue is proper in this Court pursuant to 28 U.S.C. §1391.

**Factual Background**

12. Choice Hotels is in the business of franchising hotels.

13. Choice Hotels can trace its roots to the 1930s when it was comprised of a small chain of roadside hotels.

14. Since that time, Choice Hotels has grown to become one of the largest and most successful lodging franchisors in the world.

15. Choice Hotels is now a publicly traded company with over 7,100 franchised hotels in over 40 countries and territories around the world.

3

COMPLAINT

23256823.1

16.    Choice Hotels offers high value, mid-priced, hotel and motel services under such well-known brands as ASCEND HOTEL COLLECTION®, CAMBRIA®, COMFORT®, SLEEP®, QUALITY INN®, CLARION®, QUALITY INN POINTE®, MAINSTAY SUITES®, WOODSPRING SUITES®, SUBURBAN STUDIOS®, EVERHOME SUITES®, ECONO LODGE®, QUALITY INN®, RADISSON®, RADISSON BLU®, RADISSON RED®, RADISSON INDIVIDUALS®, COUNTRY INN & SUITES® BY RADISSON, PARK INN® BY RADISSON and PARK PLAZA®.

**The QUALITY Family of Marks**

17.    Choice Hotels and/or its predecessor in interest has been offering lodging services under a family of QUALITY-formative trademarks since at least as early as 1939.

18.    Many of the marks in the QUALITY® Family of Marks (defined below) are the subject of federal registrations issued by the United States Patent and Trademark Office.

19.    Choice Hotels is the owner of no fewer than seventeen federal trademark registrations for marks that contain or comprise the term QUALITY for use in connection with lodging and related services (the "QUALITY® Family of Marks"). These registrations include:

| No. | Trademark | Design | Registration | Status |
|-----|-----------|--------|--------------|--------|
| 1 | Q QUALITY INN & Design (2022) | | 6804340 | Active |
| 2 | Q Quality Inn by Choice Hotels & Design (2019) (Color) | | 6212591 | Incontestable |

4

COMPLAINT

23256823.1

| 3 | Q Quality & Design (2019) | | 5951850 | Incontestable |
|---|---|---|---|---|
| 4 | Q Design | | 3837912 | Incontestable |
| 5 | Q Quality Hotel & Design | | 3569789 | Incontestable |
| 6 | Q Quality Inn and Suites &Design | | 3448437 | Incontestable |
| 7 | Quality Inn & Suites | QUALITY INN & SUITES | 3448436 | Incontestable |
| 8 | Q Quality & Design | | 3435885 | Incontestable |
| 9 | Quality Suites | QUALITY SUITES | 3053888 | Incontestable |
| 10 | Q Quality & Design | | 2946054 | Incontestable |

COMPLAINT

23256823.1

| 11 | Q Quality Suites & Design | | 2732875 | Incontestable |
| 12 | Q Quality Inn & Design | | 2729999 | Incontestable |
| 13 | Quality Resort | QUALITY RESORT | 1769488 | Incontestable |
| 14 | Quality Hotel | QUALITY HOTEL | 1534820 | Incontestable |
| 15 | Quality Inn | QUALITY INN | 1183294 | Incontestable |
| 16 | Quality | QUALITY | 1050372 | Incontestable |
| 17 | Quality | QUALITY | 0886881 | Incontestable |

Copies of the relevant certificates of registration are attached hereto as Exhibit 1.

20.    The majority of the QUALITY® Registrations identified in enumerated Paragraph 19 (Nos. 2–17 above) have achieved incontestable status pursuant to Section 15 of the Lanham Act, 15 U.S.C. §1065

21.    Each of the registrations for the QUALITY® Family of Marks remains active, valid, and enforceable.

22.    Since the inception of its use, the QUALITY® Family of Marks has been used by Choice Hotels, its predecessors, and franchisees only in connection with the provision of the highest value hotel and motel services.

23.    Choice Hotels has invested, and continues to invest, significant resources in the development, promotion, and protection of the QUALITY® Family of Marks.

6

COMPLAINT

24.    As a result of its concerted branding efforts, the QUALITY® Family of Marks has become widely associated, in the minds of the consuming and general public, with the high-quality services offered by Choice Hotels.

25.    The marks in the QUALITY® Family of Marks indicate to both the trade industry and to consumers that the services offered in connection with the QUALITY® Family of Marks originate from, or are sponsored or approved by, Choice Hotels, and constitute genuine and authentic Choice Hotels services.

**Infringement by Defendants**

26.    On or about December 31, 2020, Choice Hotels entered into a Franchise Agreement with Saha Investments LLC which permitted Saha Investments LLC to operate a QUALITY INN® hotel franchise at 15765 Mojave Drive, Victorville, CA 92394 (hereinafter, the "Subject Property"). A true and correct copy of the Franchise Agreement is attached hereto as Exhibit 2.

27.    On or about December 31, 2020, Choice Hotels also entered into a Guaranty Agreement with Defendant Dal Kumbhani whereby Defendant Dal Kumbhani personally guaranteed the obligations imposed on Saha Investments LLC under the Franchise Agreement identified in enumerated Paragraph 26 above.  A true and correct copy of the Guaranty is attached hereto as Exhibit 3.

28.    Thereafter, Defendants Saha Investments LLC and Dal Kumbhani (hereinafter, collectively "Saha Investments") operated a QUALITY INN® hotel franchise at the Subject Property.

29.    The Franchise Agreement specifically licensed the QUALITY® Family of Marks to Saha Investments only while the Franchise Agreement remained in effect.

30.    Section 11 of the Franchise Agreement provides that, upon termination, Saha Investments must immediately discontinue all use of trademarks belonging to Choice Hotels and that Saha Investments must refrain from

23256823.1

using the Choice Hotels trademarks, including the QUALITY Family of Marks, to identify the hotel at the Subject Property.

31. On or about April 16, 2025, Choice Hotels was informed that Saha Investments had begun booking rooms online at the Subject Property under the new name Hotel Avenida and consequently had ceased using the QUALITY Family of Marks.

32. Accordingly, on or about April 22, 2025, Choice Hotels issued a Notice of Termination, via FedEx delivery service, to Saha Investments. A true and correct copy of the Notice of Termination is attached hereto as Exhibit 4.

33. The Notice of Termination informed Saha Investments that its Franchise Agreement was terminated as of April 22, 2025.

34. The Notice of Termination also instructed Saha Investments to immediately cease and desist use of any and all marks owned by Choice Hotels, including the QUALITY® Family of Marks. The Notice of Termination provided Saha Investments with specific post-termination instructions, including a de-identification checklist that required removal of Choice Hotels' trademarks from Saha Investments' entire business, including but not limited to exterior signage, interior signage, interior common areas, guestrooms, and in connection with any phone systems.

35. The Notice of Termination made clear to Saha Investments that continued use of the QUALITY® Family of Marks would constitute trademark infringement which would be dealt with accordingly.

36. The Notice of Termination further required that Saha Investments tender a Certificate of Compliance indicating that it had de-branded and completely ceased use of the QUALITY® Family of Marks at the Subject Property.

37. The Notice of Termination further advised Saha Investments that, under the terms of the Franchise Agreement, Choice Hotels was entitled to $167,637.76 in

COMPLAINT

23256823.1

past due franchise and related fees and $89,643.07 in lost profit damages for the remainder of its franchise term.

38.     The Notice of Termination demanded that Saha Investments tender full payment of the $257,280.83 balance due and owing.

39.     The Notice of Termination further indicated that Choice Hotels was entitled to liquidated damages for trademark infringement, in the amount of $2,500.00 per day, for each day that Saha Investments continued to use the Choice Hotels trademarks post-termination.

40.     Upon information and belief, Saha Investments did not comply with the requirements set forth in the Notice of Termination.

41.     Saha Investments did not tender full payment of the $257,280.83 balance due and owing.

42.     Saha Investments did not tender payment of $2,500.00 per day, for each day that Saha Investments continued to use the Choice Hotels trademarks post-termination.

43.     Saha Investments did not tender a Certificate of Compliance.

44.     Thereafter, Choice Hotels discovered that Saha Investments continued to use the QUALITY® Family of Marks in relation to its hotel at the Subject Property, including on premises and in connection with advertising and promotional efforts.

45.     Thereafter, Choice Hotels discovered that Bhanna Investments' use of the QUALITY® Family of Marks continued.

46.     On or about March 25, 2026, a Choice Hotels field representative conducted a site inspection of the Subject Property and discovered that the marks in the QUALITY® Family of Marks were still in use. A true and accurate photograph of the property as it appeared on March 25, 2026 appears below:

9

COMPLAINT

23256823.1



47.    Thereafter, on or about May 1, 2026, outside counsel for Choice Hotels sent a cease-and-desist letter to Saha Investments. A true and correct copy of the cease-and-desist letter is attached hereto as Exhibit 5.

48.    The cease-and-desist letter specifically informed Saha Investments that its continued use of the QUALITY® Family of Marks was likely to create consumer confusion in the marketplace and constituted trademark infringement.

49.    The cease-and-desist letter demanded that Saha Investments provide written and photographic evidence, no later than, May 13, 2026, that it had completely discontinued use of the QUALITY® Family of Marks at the Subject Property.

50.    The cease-and-desist letter further advised Saha Investments that the May 13, 2026 deadline did not constitute permission to use the QUALITY® Family of Marks nor did it constitute a reprieve from incurring damages.

51.    Saha Investments did not comply with Choice Hotel's demands by the May 13, 2026 deadline.

23256823.1

52.     Thereafter, Choice Hotels discovered that Saha Investments continued to use the QUALITY® Family of Marks without authorization.

53.     Specifically, on or about May 19, 2026, a Choice Hotels Area Director conducted a site inspection of the Subject Property and discovered that the marks in the QUALITY® Family of Marks were still in use on the exterior sign. A true and correct photograph taken at the Subject Property on May 19, 2026 appears below:



54.     In addition to the unauthorized use of the QUALITY® Family of Marks on physical signage at the Subject Property, Saha Investments continues to make unauthorized use of the QUALITY® Family of Marks online.

55.     As of Tuesday, June 16, 2026 the Subject Property was advertised on third-party booking sites such as Trivago using the QUALITY INN® Marks.  An illustrative screenshot taken from trivago.com Tuesday June 16, 2026 appears below:

23256823.1

**TRIVAGO.COM:**



56.    Upon information and belief, Saha Investments has used and is using the QUALITY® Family of Marks at the Subject Property in connection with the provision of hotel services without authorization or permission from Choice Hotels.

57.    The continued unauthorized use of the QUALITY® Family of Marks by Saha Investments at the Subject Property has irreparably damaged, and will continue to irreparably damage, the valuable goodwill associated with the QUALITY Family of Marks.

**CLAIM I**
**Infringement of Federally Registered Trademark**
**(15 U.S.C. §1114)**

58.    Paragraphs 1–57 are incorporated by reference herein as though set forth in their entirety.

12
COMPLAINT

59. Choice Hotels is the owner of the QUALITY® Family of Marks, which it uses in connection with the provision of hotel and motel services.

60. Upon information and belief, after expiration of the Franchise Agreement, and despite receiving multiple notices regarding expiration of a license to use any Choice Hotels trademarks, Saha Investments continued to use, and continues to use, the QUALITY® Family of Marks.

61. Upon information and belief, Saha Investments had actual knowledge of the QUALITY® Family of Marks and, without the consent of Choice Hotels, knowingly and deliberately used certain of the QUALITY® Family of Marks in commerce in a manner likely to cause confusion, mistake, or deception in violation of Section 32(a) of the Lanham Act, 15 U.S.C. §1114(1).

62. The acts of Saha Investments as described herein constitute infringement of one or more of the QUALITY® Family of Marks, which are federally registered.

63. As a direct and proximate cause of the infringing acts of Saha Investments, Choice Hotels has been damaged in an amount to be determined at trial.

64. Choice Hotels is entitled to injunctive relief under 15 U.S.C. §1116, and to recover its damages, the profits of Saha Investments and the cost of the action under 15 U.S.C. §1117.

65. The acts of Saha Investments as described herein warrant this case being designated as exceptional under 15 U.S.C. §1117 and the imposition of treble damages and attorneys' fees.

66. The acts of Saha Investments as described herein have caused and will continue to cause serious irreparable injury to Choice Hotels and to the goodwill associated with the QUALITY® Family of Marks unless restrained and enjoined by this Court. Choice Hotels has no adequate remedy at law.

COMPLAINT

23256823.1

## CLAIM II
### Federal Unfair Competition – False Designation of Origin
### (15 U.S.C. §1125(a))

67. Paragraphs 1–66 are incorporated by reference herein as though set forth in their entirety.

68. Upon information and belief, Saha Investments had actual knowledge of the QUALITY® Family of Marks owned by Choice Hotels and, without the consent of Choice Hotels, knowingly and deliberately used, and continues to use, in commerce marks which are likely to cause confusion, mistake, or deception in violation of Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)).

69. Upon information and belief, Saha Investments used one or more of the marks in the QUALITY® Family of Marks in commerce in connection with the provision of hotel and motel services.

70. Such use constitutes a false designation of origin, and/or a false or misleading description and/or representation of fact which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association between Choice Hotels and Saha Investments, or as to the origin, sponsorship, or approval of the services or commercial activities of Saha Investments by Choice Hotels.

71. As a direct and proximate cause of the acts of Saha Investments as described herein, Choice Hotels has been damaged in an amount to be determined at trial.

72. Choice Hotels is entitled to injunctive relief under 15 U.S.C. §1116, and to recover its damages, the profits of Saha Investments and the cost of the action under 15 U.S.C. §1117.

73. The acts of Saha Investments as described herein warrant this case being designated as exceptional under 15 U.S.C. §1117 and the imposition of treble damages and attorneys' fees.

14

COMPLAINT

23256823.1

74. The acts of Saha Investments as described herein have caused and will continue to cause serious irreparable injury to Choice Hotels and to the goodwill associated with the QUALITY® Family of Marks unless restrained and enjoined by this Court. Choice Hotels has no adequate remedy at law.

**CLAIM III**
**Violation of California's Unfair Competition Law**
**California Bus & Prof Code § 17200**

75. Paragraphs 1–74 are incorporated by reference herein as though set forth in their entirety.

76. Choice Hotels is the owner of the QUALITY® Family of Marks, which it uses in connection with the provision of hotel and motel services.

77. On April 22, 2025, Choice Hotels terminated Saha Investments' right to use the QUALITY® Family of Marks.

78. Upon information and belief, Saha Investments, continued to use the QUALITY® Family of Marks in connection with the provision of motel/hotel services at the Subject Property with full knowledge that any right to do so had been terminated.

79. Choice Hotels gave Saha Investments formal written notice, on multiple occasions, that its continued, unauthorized and willful use of certain of the QUALITY® Family of Marks was unlawful and would result in trademark infringement claims.

80. Saha Investments' continued, unauthorized, and willful use of the QUALITY® Family of Marks is an unlawful, unfair, or fraudulent business act or practice and an unfair, deceptive, untrue, or misleading advertisement likely to deceive consumers by causing them to believe that Choice Hotels is the source of, or that Choice Hotels sponsors or approves of, Saha's goods and services.

81. Defendants' aforesaid conduct constitutes unfair competition in violation of the California Business and Professions Code § 17200, et seq.

15
COMPLAINT

23256823.1

82. The acts of Saha Investments as described herein have caused and will continue to cause serious irreparable injury to Choice Hotels and to the goodwill associated with the QUALITY® Family of Marks unless restrained and enjoined by this Court. Choice Hotels has no adequate remedy at law.

**COUNT IV**
**Unfair Competition**
**California Common Law**

83. Paragraphs 1–82 are incorporated by reference herein as though set forth in their entirety.

84. The activities of Saha Investments as described herein are unfair acts that have occurred in commerce and have damaged the legitimate business of Choice Hotels; therefore those activities constitute unfair competition pursuant to the common law of California.

85. Saha Investments has used marks in commerce in connection with the provision of hotel and motel services which are likely to create consumer confusion in the marketplace; therefore those activities constitute unfair competition under the common law of California.

86. The conduct of Saha Investments as described herein has injured Choice Hotels in an amount to be determined at trial and has caused and threatens to cause irreparable injury to Choice Hotels for which there is no adequate remedy at law. Choice Hotels will continue to be so damaged in the absence of relief from this Court.

87. In conducting such acts, Saha Investments is guilty of oppression, fraud, or malice, as defined in Cal. Civ. Code. § 3294.

**PRAYER FOR RELIEF**

**WHEREFORE**, Choice Hotels prays that judgment be entered against Defendants Saha Investments, LLC and Dal Kumbhani as follows:

16

COMPLAINT

23256823.1

A.     Judgment that each of the Defendants, Saha Investments, LLC and Dal Kumbhani, together with their respective agents, servants, employees and attorneys and all those in active concert or participation with them, be preliminarily and permanently and forever enjoined from using any of the QUALITY® Family of Marks, or any mark confusingly similar thereto;

B.     Judgment that each of the Defendants, Saha Investments, LLC and Dal Kumbhani, jointly and severally, be found liable for Federal Trademark Infringement and Federal Unfair Competition resulting from their unauthorized use of one or more of the QUALITY® Family of Marks.

C.     That Choice Hotels be awarded judgment for damages against each of the Defendants, Saha Investments, LLC and Dal Kumbhani, jointly and severally, resulting from violation of Sections 32(a) of the Lanham Act (15 U.S.C. §1114) and 43(a) of the Lanham Act (15 U.S.C. §1125(a)) for Federal Trademark Infringement and Federal Unfair Competition, respectively, in an amount to be fixed by the Court which in its discretion it finds just, including:

1.     all profits received by each Defendant, Saha Investments, LLC and Dal Kumbhani, from sales and revenues of any kind as a result of the actions complained of herein; and

2.     all damages sustained by Choice Hotels as a result of each of the Defendant's acts of infringement and unfair competition, and that such damages be trebled; and

3.     that, in light of the deliberate and willful actions of each Defendant in this action, that this case be designated an exceptional case pursuant to 15 U.S.C. § 1117, thereby entitling Choice Hotels to an award of all reasonable attorneys' fees, costs, and disbursements incurred by Choice Hotels as a result of this action, and that Choice Hotels be awarded such relief;

23256823.1

17
COMPLAINT

D.    That Choice Hotels be awarded judgment for damages, in an amount to be determined at trial, against each of the Defendants, Saha Investments, LLC and Dal Kumbhani, resulting from their common law unfair competition;

E.    That Choice Hotels be awarded the costs and attorney fees it incurs in this action;

F.    That Choice Hotels be awarded punitive damages; and

G.    That this Court award any and all relief not here enumerated that this Court should deem just and equitable.

DATED:  June 29, 2026                    HANSON BRIDGETT LLP


                                          By:        */s/ Raffi V. Zerounian*
                                          RAFFI V. ZEROUNIAN
                                          JUSTIN THIELE

                                          STOBBS
                                          MATTHEW J. LADENHEIM (*pro hac vice to be filed*)

                                          Attorneys for Plaintiff
                                          *Choice Hotels International, Inc.*

18
COMPLAINT

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38 and Local Rule 38-1, Plaintiff Choice Hotels International, Inc. demands a trial by jury on all issues so triable.

DATED:  June 29, 2026                    HANSON BRIDGETT LLP


                                          By: */s/ Raffi V. Zerounian*
                                              RAFFI V. ZEROUNIAN
                                              JUSTIN THIELE

                                              STOBBS
                                              MATTHEW J. LADENHEIM (*pro hac vice to be filed*)

                                              Attorneys for Plaintiff
                                              *Choice Hotels International, Inc.*

19

COMPLAINT

23256823.1